AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:23-cr-00374 |
|  | ) Assigned to: Judge Cooper, Christopher R. |
| RICARDO LUCAS | ) Assign Date: 10/26/2023 |
|  | ) Description: INDICTMENT (B) |
|  | ) Related Case No: 22-cr-00093 (CRC) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RICARDO LUCAS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE;
FORFEITURE:  21 U.S.C. §§ 853(a) and (p)

Date: 10/26/2023

2023.10.26
14:21:29 -04'00'

*Issuing officer's signature*

City and state:  WASHINGTON, D.C.                ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 10/26/23, and the person was arrested on *(date)* 12-13-23
at *(city and state)* Washington, DC.

Date:  12-13-23

Adam Cintron
*Arresting officer's signature*

Special Agent Adam Cintron
*Printed name and title*

Shedelle Dorsett — Digitally signed by Shedelle Dorsett — Date: 2023.10.27 13:37:58 -04'00'

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK